JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEOUL BROADCASTING SYSTEMS INTERNATIONAL, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> KOREA INTERNATIONAL SATELLITE BROADCASTING, et al., <br><br> Defendants. | NO. CV 08-05119 SJO (VBKx) <br> **JUDGMENT** |

After full consideration of the Plaintiff Seoul Broadcasting Systems International's ("Plaintiff") Motion for Entry of Default Judgment Against Defendants Korea International Satellite Broadcasting and ConnecTV, Inc., including the evidence and authorities submitted by counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have the following JUDGMENT against Defendants Korea International Satellite Broadcasting and ConnecTV, Inc. (collectively, "Defendants"):

1. Defendants and their officers, agents, servants, employees, attorneys, successors, licensees, partners, and assigns, and all those acting directly or indirectly in concert or participation with any of them, are permanently enjoined from infringing by any means the exclusive rights of Plaintiff and its affiliates under the Copyright Act, including, but not limited to,

any of Plaintiff's and Plaintiff's affiliates' rights in any of the copyrighted works identified in Plaintiff's Second Amended Complaint.

     2.     Statutory damages in the amount of $2,400,000;

     3.     Attorneys' fees in the amount of $92,657.84;

     4.     Costs in the amount of $4,676.60;

     5.     Post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated this 19th day of June, 2009.

                             *S. James Otero*
                             S. JAMES OTERO
                            UNITED STATES DISTRICT JUDGE